UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Jerald Meyer,

Plaintiff,

vs. ERRATA

Duluth Building Trades
Welfare Fund,

Defendant. Civ. No. 00-1176 (RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 25th day of June, 2001.

* * *

The Court hereby amends its Order of June 21, 2001 [Docket No. 17] to correct a typographical error. On page twenty-eight, we stated:

> 2. That the Defendant Duluth Building Trades Welfare Fund's Motion for Summary Judgment [Docket No. 12] is DENIED.

The sentence is hereby amended to read:

> 2. That the Defendant Duluth Building Trades Welfare Fund's Motion for Summary Judgment [Docket No. 12] is GRANTED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

(19)

FILED JUN 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK