UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Jerald Meyer,

Plaintiff,

vs. ORDER

Duluth Building Trades Welfare Fund,

Defendant. Civ. No. 00-1176 (RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 17th day of March, 2003.

* * *

By Order dated February 28, 2003, we directed counsel for the parties to "meet and confer" on any issues that require resolution prior to the entry of a final Judgment. In a letter dated March 11, 2003, counsel for the Plaintiff has advised that the unresolved issues have been settled by the parties. According to the parties' Stipulation, the Defendant owes the Plaintiff the following amounts:

| | |
|---|---|
| Costs and expenses in the District Court: | $175.00 |
| Costs and expenses on appeal: | $519.00 |
| Disability income benefits and interest: | $5,123.00 |
| Medical expenses as follows: | |
| Anesthesia Associates of Duluth: | $1,009.26 |
| Arrowhead Consultation: | $308.00 |
| Deer River Health Care Center: | $1,969.80 |
| Duluth Clinic: | $13,267.50 |
| Grand Rapids Medical Center: | $223.60 |

MAR 17 2003
J.H.

| | | |
|---|---|---|
| Miller Dwan Medical Center: | | $10,110.64 |
| St. Mary's Medical Center: | | $33,429.75 |
| Attorney's Fees: | | $25,100.50 |
| | Total: | $91,236.05 |

Accordingly, we direct the Clerk of Court to enter final Judgment, in favor of the Plaintiff, in the amount of $91,236.05.

NOW, THEREFORE, It is --

ORDERED:

That the Clerk of Court is directed to enter a final Judgment, in favor of the Plaintiff, in the amount of Ninety-one Thousand, Two Hundred Thirty Six and 5/100 Dollars ($91,236.05).

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE